anthonytaimanglomot

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

MAY 24 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00030 |
| Plaintiff. ) | |
| ) | **UNITED STATES' REQUEST** |
| vs. ) | **FOR ISSUANCE OF SUMMONS** |
| ) | **AND ORDER** |
| ANTHONY B. TAIMANGLO, ) | |
| ) | |
| Defendant. ) | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ANTHONY B. TAIMANGLO, based on an Information filed

//
//
//
//
//
//
//



charging the defendant with Theft of Government Property in violation to Title 18, United States Code, Section 641 and Entering Military Property in violation to Title 18, United States Code, Section 1382.

Respectfully submitted this 20th day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney

* * * * * ORDER * * * * *

IT IS SO ORDERED that a summons will be issued for the above-named defendant.

5/24/05
DATE

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
MAY 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM