anthonytaimanglowrt

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 2 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00030 |
| Plaintiff, | |
| vs. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| ANTHONY B. TAIMANGLO, | |
| Defendant. | |

TO: OFFICER IN CHARGE
   Territorial Detention Center
   Territory of Guam

This Court finds that ANTHONY B. TAIMANGLO is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on June 28, 2005, at 9:00 a.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce ANTHONY B. TAIMANGLO, before this Court on June 28, 2005 at 9:00 a.m. and whenever necessary hereafter to

USA
ACKNOWLEDGED RECEIPT
By:
Date:

attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

**SO ORDERED** this _2nd_ day of June 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:
JOSEPH TOCK
Special Assistant U.S. Attorney

RECEIVED
JUN - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM