AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS--GUAM
RECEIVED
25 MAY 2005 14 00 01

UNITED STATES OF AMERICA
V.

ANTHONY B. TAIMANGLO

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE 

Case Number: MG-05-00030

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Tuesday, June 28, 2005 at 9:00 a.m. |

To answer a(n)
    ☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

    18:641 - THEFT OF GOVERNMENT PROPERTY (COUNT 1)

    18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 24, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date 06/14/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: DOC, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 06/14/05
              Date

J. L. G. Saks
Name of United States Marshal

S/DUSM W. Cray
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.