anthonytaimangloinf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00030 |
| Plaintiff, | ) **AMENDED INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY**<br>) [18 U.S.C. § 641] (Count 1) **(Misdemeanor)** |
| ANTHONY B. TAIMANGLO, | ) **ENTERING MILITARY PROPERTY**<br>) [18 U.S.C. § 1382] (Count 2) **(Misdemeanor)** |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1 - THEFT OF GOVERNMENT PROPERTY**

On or about the 27th day of March 2005, in the District of Guam, the defendant, ANTHONY B. TAIMANGLO, did wilfully and knowingly steal and purloin electrical wire, of a value less than $1,000, being the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT 2 - ENTERING MILITARY PROPERTY**

On or about the 27th day March 2005, in the District of Guam, the defendant, ANTHONY B. TAIMANGLO, went upon a United States military reservation, to wit: Andersen Air Force Base,

- 1 -

**ORIGINAL**

Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in theft in violation of Title 18, United States Code, Section 641, all in violation of Title 18 United States Code, Section 1382.

Dated this 20th day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Joseph Tock
JOSEPH TOCK
Special Assistant U.S. Attorney