FILED
DISTRICT COURT OF GUAM
JUN 2 9 2005 nba
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00030** |
| Plaintiff, | |
| vs. | O R D E R |
| **ANTHONY B. TAIMANGLO,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to May 25, 2005.

Dated this 28th day of June, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM