JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120



Attorney for Defendant
ANTHONY TAIMANGLO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG 05-00030 |
| | ) |
| Plaintiff, | ) STIPULATION ~~AND ORDER~~ |
| | ) CONTINUING TRIAL DATE AND |
| vs. | ) EXCLUDING TIME |
| | ) |
| ANTHONY TAIMANGLO, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for August 16, 2005, at 9:30 a.m., be continued until Thursday, August 18, 2005, at 10:30 a.m. or a date convenient for the Court's calendar. The parties request this continuance as the parties are in the final stages for a possible non-trial disposition of this matter.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including August 16, 2005, to and including August 18, 2005, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Taimanglo's best interests, furthers judicial economy and efficiency

and is in society's best interests. Mr. Taimanglo has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 15, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
ANTHONY TAIMANGLO

_____
JOSEPH TOCK
Attorney for Plaintiff
UNITED STATES OF AMERICA