JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
ANTHONY TAIMANGLO

FILED
DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00030 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** re: |
| | ) | Stipulation to Continue Trial |
| ANTHONY TAIMANGLO, | ) | |
| Defendant. | ) | |

The Stipulation filed on August 15, 2005, to continue trial to August 18, 2005, at 10:30 a.m. is Hereby Approved and So Ordered. IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between August 16, 2005 and August 18, 2005, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: Hagatna, Guam, 8/15/2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge