IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


DISTRICT COURT OF GUAM
AUG 18 2005 
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00030**          **DATE:** August 18, 2005

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**         Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                                 Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:59:18 - 11:17:51                        CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: ANTHONY B. TAIMANGLO**                    **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** JOSEPH TOCK                     **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA                  **U.S. MARSHAL:** W. GRAY

**PROCEEDINGS:**          **JURY TRIAL / CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:    AGE: 48    SCHOOL COMPLETED: 12TH Grade
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) AMENDED INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY* - TO: COUNT I - THEFT OF PROPERTY
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: 8/17/2005    PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: NOVEMBER 16, 2005    at   9:30 A.M.
( X ) PRESENTENCE REPORT ORDERED AND DUE:   OCTOBER 12, 2005

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

## NOTES:

Defendant orally consented and waived his right to trial and sentencing by a district judge.

Pen and ink changes in the Plea Agreement; page 2, line 4, delete the words "the low end of the sentencing guidelines, a fine, and credit for time served, if any" and replace with "a sentence of time served and a fine, if any"; page 2, line 2 delete the word "for" and replace with "up to an additional one year". Parties had no objections to the changes.

Government advised the Court that it does not intend to seek restitution in this matter.

Courtroom Deputy: _____