

**FILED**
DISTRICT COURT OF GUAM
NOV - 2 2005
MARY L.M. MORAN
CLERK OF COURT

### UNITED STATE DISTRICT COURT
### FOR THE
### DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ANTHONY B. TAIMANGLO ) <br> ) <br> Defendant. ) <br> _____ ) | USDC Cs. No.: MG 05-00030-001 <br><br> **REQUEST FOR CONTINUANCE OF THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING DATE** |

    On August 18, 2005, the defendant, Anthony B. Taimanglo, pled guilty to an Information that charged him with the offense, to wit: <u>Count I:</u> Theft of Property, in violation of 18 U.S.C. § 641. The court set Sentencing for November 16, 2005, and the U.S. Probation Office was ordered to submit a presentence report on October 12, 2005. The defendant is currently serving an imprisonment term on local parole violations with a release date of February 27, 2006.

    The probation officer is requesting that Court continue sentencing in this matter for thirty days. The continuance is necessary for the probation officer to research the defendant's extensive criminal history and to prepare his criminal history computation. Both parties have no objections to a continuation.

    RESPECTFULLY submitted this _1st_ day of November 2005.

                                                 FRANK MICHAEL CRUZ
                                                 Chief U.S. Probation Officer

                                By:    _/s/ Stephen P. Guillot_
                                          STEPHEN P. GUILLOT
                                          U.S. Probation Officer

Approved by:
_/s/ Frank Michael Cruz_                         NOV. 1, 2005
FRANK MICHAEL CRUZ                          DATE
Chief U.S. Probation Officer

cc:    Joseph Tock, SAUSA
        John T. Gorman, Defense Counsel

FINAL