FRANK MICHAEL CRUZ
Chief Probation Officer
STEPHEN P. GUILLIOT
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM

NOV -4 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00030 |
| Plaintiff, ) | |
| vs. ) | |
| ANTHONY B. TAIMANGLO, ) | **ORDER** |
| Defendant. ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from November 16, 2005 to, December 19, 2005 at 9:30 a.m. The presentence report shall be provided to the parties no later than November 14, 2005. The parties shall file their responses to the presentence report no later than November 28, 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than December 12, 2005.

SO ORDERED this 4th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL