JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANTHONY B. TAIMANGLO

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00030 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO PRESENTENCE |
| | ) | INVESTIGATION REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ANTHONY B. TAIMANGLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RESPONSE TO PRESENTENCE INVESTIGATION REPORT

Defendant, ANTHONY B. TAIMANGLO, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Presentence Investigation Report.

DATED: Mongmong, Guam, December 9, 2005.

JOHN T. GORMAN
Attorney for Defendant
ANTHONY B. TAIMANGLO

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 9, 2005:

JOSEPH TOCK
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

GUILLIOT, STEPHEN

DATED: Mongmong, Guam, December 9, 2005.

_____
RENATE DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
ANTHONY B. TAIMANGLO