IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**
**SENTENCING**


FILED
DISTRICT COURT OF GUAM
DEC 19 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00030**           **DATE: 12/19/2005**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**       Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:57:58 - 10:26:17**        CSO: B. Pereda

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: ANTHONY B. TAIMANGLO**                    **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.         ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY:  JOSEPH TOCK                       AGENT:

U.S. PROBATION: MARIA CRUZ                        U.S. MARSHAL: G. PEREZ

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:              Total offense level:  4     Criminal History Category: 4

     **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Mr. Gorman stated that there is a joint recommendation for a sentence of time served. Mr. Tock concurred.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

(  ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

(  ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

SENTENCE: MG-05-00048                    DEFENDANT: ANTHONY B. TAIMANGLO

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  TIME SERVED .

(   )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____ .

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  ONE YEAR .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE AND LOCAL CRIME.

2. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY, AND UP TO EIGHT DRUG TESTS PER MONTH THEREAFTER.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE STATUTE.

6. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY ALL ALCOHOL.

8. DEFENDANT BE REQUIRED TO PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED BACK TO THE USE OF DRUGS OR ALCOHOL, AND IT IS FURTHER RECOMMENDED THAT THE DEFENDANT MAKE A CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

9. DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT RELEASED TO THE U.S. MARSHAL SERVICE FOR PROCESSING.