anthonytaimanglodismiss

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

DEC 20 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00030 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS COUNT 2 OF INFORMATION** |
| ANTHONY B. TAIMANGLO, ) | |
| Defendant. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Count 2 of the Information in the above cause against defendant, ANTHONY B. TAIMANGLO, be dismissed, for the reason that the defendant has been sentenced to Count 1 of the Information.

Respectfully submitted this 20th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
For JOSEPH TOCK
Special Assistant U.S. Attorney