LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00030 |
| Plaintiff, | |
| vs. | **ORDER**<br>Re: December 20, 2005<br>United States' Motion to Dismiss<br>Count 2 of Information |
| ANTHONY B. TAIMANGLO, | |
| Defendant. | |

IT IS HEREBY ORDERED that Count 2 of the Information in the above entitled case against defendant, ANTHONY B. TAIMANGLO, is hereby dismissed.

SO ORDERED this 20th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**