PROB 12A
(7/93)

*United States District Court*

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB -9 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Anthony B. Taimanglo**   Case Number: **MJ 05-00030-001**

Name of Sentencing Judicial Officer:   U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:   December 19, 2005

Original Offense:   Theft of Government Property, in violation of 18 U.S.C. §641

Original Sentence:   Time served followed by one year supervised release with the following special conditions not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least eight periodic drug tests thereafter; not possess a firearm, ammunition, destructive device or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; comply with the standard conditions of supervised release as set forth by the statute; refrain from the use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted back to the use of drugs or alcohol and that the defendant make a co-payment for treatment to be determined by the U.S. Probation Office; perform 300 hours of community service at the direction of the U.S. Probation Office; and pay $25 special assessment fee.

Type of Supervision:   Supervised Release     Date Supervision Commenced:   January 26, 2006

---

### NONCOMPLIANCE SUMMARY

Violation Number     Nature of Noncompliance

Mandatory Condition   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.



On December 19, 2005, Mr. Taimanglo was sentenced to time served and one year supervised release. However, he remained in custody to serve the remaining sentence for a local parole violation. On January 17, 2006, this Officer reviewed the Judgment and Commitment Order with Mr. Taimanglo. He was instructed to report to the U.S. Probation Office upon his release and was reminded that he had 72 hours to do so. On January 26, 2006, Mr. Taimanglo was released from the custody of the Department of Corrections, however, he failed to report the U.S. Probation Office until January 30, 2006, which is in violation of the 72 hours mandatory condition.

This Officer respectfully requests that the Court review this report as informational and impose no action at this time. Mr. Taimanglo has been warned of the consequences of future violations. His progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 2/7/06

Respectfully submitted,

by: JUDY ANNE L. OCAMPO
U.S. Probation Officer

Date: 2/6/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other   No action required.

Signature of Judicial Officer
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
Date

RECEIVED
FEB - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM