PROB 12B
(7/93)



FILED
DISTRICT COURT OF GUAM

FEB 16 2006 �P

MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Anthony B. Taimanglo**   Case Number: **MJ 05-00030-001**

Name of Sentencing Judicial Officer:   Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:   December 19, 2005

Original Offense:   Theft of Government Property, 18 U.S.C. § 641.

Original Sentence:   Time served followed by a one year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least eight periodic drug tests thereafter; not possess a firearm or other dangerous weapon; cooperate in collection of DNA; comply with the standard conditions of supervision; refrain from the use of any and all alcohol; participate in a substance abuse program, which may include testing for use of drugs or alcohol; perform 300 hours of community service; and pay a $25 special assessment fee.

Type of Supervision:  Supervised Release     Date Supervision:   January 26, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision ____ years, for a total term ____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant agrees to delete the condition requiring him to submit to the collection of a DNA sample at the direction of the U.S. Probation Office, due to his conviction not qualifying for the collection purposes.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender	page 2

## CAUSE

On December 19, 2005, Anthony B. Taimanglo was sentenced by the Honorable Joaquin V.E. Manibusan, Jr. for Theft of Government Property, in violation of 18 U.S.C. § 641. He received an imprisonment term of time served, followed by a one year term of supervised release with various conditions to include that he cooperate in the collection of a DNA sample of his blood. However, Mr. Taimanglo's offense of conviction is not cited as a qualifying offense for DNA collection requirements in Public Law 108-405, the Justice for All Act (October 30, 2004).

On February 8, 2006, an Informational Report was submitted to the District Court for failure to report to the U.S. Probation Office within 72 hours upon release from imprisonment. Mr. Taimanglo has tested consistently negative for drugs and alcohol thus far and has been referred for his drug treatment and testing program. In addition, he has been referred to the U.S. Fish and Wildlife Refuge to perform his community service requirement. Mr. Taimanglo has yet to pay his $25 special assessment fee as he is unemployed at this time.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of probation, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Taimanglo's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 2/14/06

Respectfully submitted,

by: FOR: Judy Anne J. Ocampo
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: 2.14.06

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

2/16/2006
Date

RECEIVED
FEB 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

District  Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant agrees to delete the condition requiring him to submit to the collection of a DNA sample at the direction of the U.S. Probation Office, due to his case conviction not qualifying for the collection purposes.

Witness  John W. San Nicolas II
U.S. Probation Officer

Signed  Anthony Taimanglo
Probationer or Supervised Releasee

February 7, 2006
Date