PROB 12B
(7/93)

*United States District Court*

for

*District of Guam*



**FILED**
DISTRICT COURT OF GUAM
JUN 22 2006
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Anthony B. Taimanglo**  Case Number: MJ 05-00030-001

Name of Sentencing Judicial Officer: Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence: December 19, 2005

Original Offense: Theft of Government Property, 18 U.S.C. § 641.

Original Sentence: Time served followed by a one year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least eight periodic drug tests thereafter; not possess a firearm or other dangerous weapon; cooperate in collection of DNA; comply with the standard conditions of supervision; refrain from the use of any and all alcohol; participate in a substance abuse program, which may include testing for use of drugs or alcohol; perform 300 hours of community service; and pay a $25 special assessment fee. Informational violation report filed on February 9, 2006. Conditions modified February 16, 2006 to delete the DNA collection condition.

Type of Supervision: Supervised Release   Date Supervision: January 26, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall serve two days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

## CAUSE

Mr. Taimanglo failed to report for urinalysis on the following dates: February 28, 2006; March 3, 2006; April 25, 2006; and May 15, and 17, 2006. He failed to report for drug treatment counseling appointments on February 27, 2006; March 1, and 14, 2006; and May 5, and 26, 2006. This Officer held compliance meetings with Mr. Taimanglo for the above violations on March 13, 2006; April 25, 2006; May 22, and 24, 2006; and June 1, 2006. At each compliance meeting, Mr. Taimanglo provided unacceptable excuses for his violations, which included forgetting his appointments, oversleeping, or schedule conflicts with voluntary overtime work. Although he was warned of the consequences of continued non-compliance, Mr. Taimanglo has failed to attend drug treatment and testing appointments as instructed.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) to include the following:

"The defendant shall serve two days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office."

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Taimanglo's consent to the modification. Mr. Taimanglo apologized for his violations and stated that he didn't realize the gravity of his violation status until last confronted by the probation officer. He offered no reasons why he could not return to full compliance.

Except as otherwise outlined above, Mr. Taimanglo has maintained compliance with his other conditions of supervision. He has obtained employment as a laborer with JJ Janitorial Services in April 2006, and submitted all required monthly supervision reports. Mr. Taimanglo is active with his community service order, and has a balance of approximately 250 hours. His compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: June 16, 2006

Respectfully submitted,

by: _____
ROBERT I. CARREON
U.S. Probation Officer

Date: 6/16/06

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
JUN 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
Signature of Judicial Officer

June 22, 2006
Date

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

The defendant shall serve two days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Witness: ___Robert I. Carreon___
U.S. Probation Officer

Signed: ___Anthony B. Taimanglo___
Probationer or Supervised Releasee

Date: 06-05-06