# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ANTHONY B. TAIMANGLO<br><br>(Name and Address of Defendant) | **AMENDED SUMMONS<br>IN A CRIMINAL CASE**<br><br>Case Number:    MG-05-00030 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room | 413 |
|---|---|---|---|
| | | Date and Time | Thursday, December 14, 2006 at 10:45 A.M. |
| Before: | HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | | |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3543**

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See Petition for Warrant or Summons for Offender Under Supervision and Violation separately filed on December 7, 2006).

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**DECEMBER 11, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me on:[1] |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served personally upon the defendant at:<br><br>☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:<br><br>☐ Returned unexecuted: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____          _____
                    Date                                              Name of United States Marshal

                                                                     _____
                                                                     (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.