RECEIVED
DEC 11 2006
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
DEC 14 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

| UNITED STATES OF AMERICA | AMENDED SUMMONS |
| V. | IN A CRIMINAL CASE |

**ANTHONY B. TAIMANGLO**

Case Number: **MG-05-00030**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room | 413 |
|---|---|---|---|
| Before: | HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time | Thursday, December 14, 2006 at 10:45 A.M. |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3543__

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See Petition for Warrant or Summons for Offender Under Supervision and Violation separately filed on December 7, 2006).

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**DECEMBER 11, 2006**
Date

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 12/13/06 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS, Hagatna, Gu

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/13/06
            Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.