# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: MJ-05-00030           DATE: December 14, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present          Court Recorder: Leilani T. Hernandez
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:51:26 - 11:21:46
CSO: B. Pereda

**APPEARANCES:**

Defendant:   Anthony B. Taimanglo       Attorney:   Richard Arens

☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristen St. Peters        U.S. Agent:
U.S. Probation: Maria Cruz           U.S. Marshal: D. Punzalan
Interpreter:                      Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- The Court appointed the Federal Public Defender to represent the defendant.

- Defendant admitted to all the allegations. Defense moved the Court to forgive the remaining balance of community service and agreed to the additional term of supervised release, but only until the defendant completes phase 3 of the drug treatment program.

- Government concurred with probation's recommendation of an additional year of supervised release and 1 day incarceration.
- Defendant addressed the Court.
- The Court continued the matter and admonished defendant to abide by the Court's order to pay his special assessment fee, to perform his community service and to maintain his employment.
- Proceedings continued to: February 5, 2007 at 10:00 A.M.
- Defendant to remain released.

NOTES: