JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANTHONY B. TAIMANGLO

FILED
DISTRICT COURT OF GUAM
FEB - 2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MG-05-00030 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | REVOCATION HEARING |
| vs. ) | |
| ) | |
| ANTHONY B. TAIMANGLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the revocation hearing currently scheduled for February 5, 2007, be continued to a date approximately two (2) weeks thereafter to be selected by the court. The parties make this request

//

//

//

ORIGINAL

on the basis that counsel for Taimanglo will be off-island from February 4-12, 2007.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, February 1, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
ANTHONY B. TAIMANGLO

_____
KRISTIN D ST. PETER
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
ROBERT CARREON
U.S. Probation Officer

2