JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANTHONY B. TAIMANGLO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00030 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANTHONY B. TAIMANGLO, | ) | Continuing February 5, 2007, Hearing |
| Defendant. | ) | |

The stipulated filed on February 2, 2007, is hereby approved. The hearing presently set for

February 5, 2007, is hereby moved to February 20, 2007, at 11:15 a.m.

SO ORDERED this 2nd day of February 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**