# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: MJ-05-00030-001  DATE: February 20, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 11:35:51 - 11:40:25
CSO: J. Lizama

**APPEARANCES:**
Defendant: Anthony B. Taimanglo  Attorney: Richard Arens
☒ Present ☐ Custody ☐ Bond ☐ P.R.  ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Robert Carreon  U.S. Marshal: None Present
Interpreter:  Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Proceedings continued to: March 20, 2007 at 10:30 a.m.
- Defendant to remain released.

NOTES: