# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: MJ-05-00030-001            DATE: March 20, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 11:17:52 - 11:23:00
CSO: B. Benavente

**APPEARANCES:**
Defendant: Anthony B. Taimainglo      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Robert Carreon      U.S. Marshal: T. Muna
Interpreter:      Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Proceedings continued to: April 10, 2007 at 10:00 a.m.
- Defendant to remain released.

NOTES: