# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE NO. 05-00030-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO VACATE** |
| | ) | **SHOW CAUSE HEARING** |
| ANTHONY B. TAIMANGLO | ) | |
| Defendant. | ) | |
| | ) | |

**Re:  Completion of Community Service.**

      On December 7, 2006, a Petition for Action and Declaration in Support of Petition was filed for Anthony B. Taimanglo's failure to perform community service and pay the $25 balance of his special assessment fee. An Order to Show Cause Hearing was held on December 14, 2006 before the Honorable Judge Joaquin V. E. Manibusan, Jr., at which time Mr. Taimanglo admitted to the reported violations. The Court admonished him for his failure to prioritize his conditions of supervision. The matter was continued to February 5, 2006, in order to allow Mr. Taimanglo to show some compliance with the orders of the Court. The hearing was continued twice on February 20, 2007, and March 20, 2007, by the Court to April 10, 2007, to allow for the completion of community service. The Court added that the probation officer may petition to vacate further proceedings in this case prior to April 10, 2007, should Mr. Taimanglo complete the remaining 44-hour balance of community service.

      Mr. Taimanglo completed the 44-hour balance of community service on April 1, 2007. Specifically, he performed 7 hours on March 22, 2007, and 8 hours per day on March 24, 28, 29, 31, 2007, and April 1, 2007.

REQUEST TO VACATE SHOW CAUSE HEARING
Completion of Community Service
Re:     TAIMANGLO, Anthony B.
USDC MJ Cs. No. 05-00030-001
April 9, 2007
Page 2


      The above information is respectfully submitted for the Court's information. Given, Mr. Taimanglo's completion of his community service order, all conditions of supervised release have been completed. As such, this Officer respectfully requests that the Court vacate the continued Order to Show Cause hearing presently scheduled for April 10, 2007. The U.S. Probation Office will proceed to terminate Mr. Taimanglo from his term of supervised release which expired on April 1, 2007, the day he completed his community service performance.

                Respectfully submitted,

                FRANK MICHAEL CRUZ
                Chief U.S. Probation Officer

By:    /s/ ROBERT I. CARREON
                U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     AUSA
       John Gorman, FPD
       File

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROBERT I. CARREON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE NO. 05-00030-001 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER**<br>**Re: Request to Vacate**<br>**Show Cause Hearing** |
| ANTHONY B. TAIMANGLO | ) | |
| Defendant. | ) | |

Based on the Request to Vacate Show Cause Hearing filed April 9, 2007, in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Show Cause Hearing scheduled for April 10, 2007, is vacated.