FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROBERT I. CARREON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY B. TAIMANGLO,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00030-001<br><br>**ORDER**<br>**Re: Request to Vacate**<br>**Show Cause Hearing** |

    Based on the Request to Vacate Show Cause Hearing filed April 9, 2007, in the above-captioned matter,

    **IT IS HEREBY ORDERED** that the Show Cause Hearing scheduled for April 10, 2007, is vacated.

    /s/ Joaquin V.E. Manibusan, Jr.
       U.S. Magistrate Judge
    **Dated: Apr 10, 2007**