| PROB 34 (3/07) | **Report and Order Terminating Supervised Release** |

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

| UNITED STATES OF AMERICA | |
| --- | --- |
| v. | MAGISTRATE CASE NO. 05-00030-001 |
| ANTHONY B. TAIMANGLO | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **April 1, 2007,** when the defendant completed his community service performance. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joseph Tock, AUSA
John Gorman, FPD
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 04, 2007